UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL MIATA,<br><br>    Plaintiff,<br><br>v.<br><br>BOTTOMS UP RESTAURANT GROUP, LLC d/b/a Wraith,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>1:19-CV-4918-CAP |

## **O R D E R**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The clerk is directed not to substitute another case for this action.

**SO ORDERED** this 13th day of November, 2019.

                                        /s/CHARLES A. PANNELL, JR.
                                        CHARLES A. PANNELL, JR.
                                        United States District Judge