IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL MIATA, | ) |
| | ) Civil Action |
| Plaintiff, | ) No. 1:19-cv-04918-CAP |
| v. | ) |
| | ) |
| BOTTOMS UP RESTAURANT | ) JURY TRIAL DEMANDED |
| GROUP, LLC d/b/a WRAITH, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

COMES NOW, Plaintiff Michael Miata ("Plaintiff"), by and through undersigned counsel, and hereby moves the Court – pursuant to Fed. R. Civ. P. 55(a) and LR 83.1E(2)(b)(I) & 83.1E(4), ND Ga. – to enter Default against Defendant Bottoms Up Restaurant Group, LLC d/b/a Wraith. ("Defendant")

1. Plaintiff filed his Complaint for Damages against Bottoms Up Restaurant Group, LLC d/b/a Wraith on October 31, 2019. [Doc. 1]

2. Defendant Bottoms Up Restaurant Group, LLC was served by and through its registered agent on November 7, 2019. [Doc. 3]

3. Defendant Bottoms Up Restaurant Group, LLC's Answer, motion or other response to the Complaint was due on or before November 21, 2019. To date, Defendant has not filed a responsive pleading to Plaintiff's Complaint and is therefore in default.

WHEREFORE, Plaintiff respectfully moves this Court for an entry of Default against Defendant Bottoms Up Restaurant Group, LLC d/b/a Wraith.

Respectfully submitted this 2nd day of January 2020.

**BARRETT & FARAHANY**

/s/ V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504
Attorney for Plaintiff

1100 Peachtree Street N.E.
Suite 500
Atlanta, GA 30309
(404) 214-0120
(404) 214-0125 facsimile
Severin@JusticeAtWork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL MIATA, ) | |
| ) | Civil Action |
| Plaintiff, ) | No.  1:19-cv-04918-CAP |
| v. ) | |
| ) | |
| BOTTOMS UP RESTAURANT ) | JURY TRIAL DEMANDED |
| GROUP, LLC d/b/a WRAITH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

_____

## CERTIFICATE OF SERVICE

I certify on this day I filed the foregoing Motion for Entry of Default with the Clerk of Court using the CM/ECF filing system which will send notification of such filing to all attorneys of record and sent a copy via U.S. Mail as follows:

> Bottoms Up Restaurant Group, LLC d/b/a Wraith
> c/o Beth Whitaker, Registered Agent
> 2233 Addison Park
> Riverdale, GA  30296

Respectfully submitted this 2nd day of January 2020.

**BARRETT & FARAHANY**

/s/ V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504