IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL MIATA, | ) |
|    Plaintiff, | ) Civil Action |
| v. | ) No. 1:19-cv-04918-MHC |
| | ) |
| BOTTOMS UP RESTAURANT | ) JURY TRIAL DEMANDED |
| GROUP, LLC d/b/a WRAITH, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

_____

## RENEWED MOTION FOR DEFAULT JUDGMENT

COMES NOW, Plaintiff Michael Miata ("Plaintiff"), by and through undersigned counsel, and hereby moves the Court – pursuant to Fed. R. Civ. P. 55(a) and LR 83.1E(2)(b)(I) & 83.1E(4), ND Ga. – for a Renewed Entry of Default against Defendant Bottoms Up Restaurant Group, LLC ("Defendant").

1. Plaintiff filed his Complaint for Damages against Defendant Bottoms Up Restaurant Group, LLC on October 31, 2019. [Doc. 1].

2. Defendant was served by and through its Registered Agent, Betty Whitaker[1] at 2233 Addison Park, Riverdale, Georgia 30296 on November

---

[1] Plaintiff acknowledges that service was addressed to "Bett" Whitaker.

7, 2019. [Doc. 3]. At the time of service, this was the listed name and physical address of Defendant's Registered Agent per the Georgia Secretary of State Corporations Division website.[2]

3. On January 2, 2020, Plaintiff filed a Motion for Entry of Default based on Defendant's failure to respond to the Complaint that was due on or before November 28, 2019.[3] [Doc. 6].

4. On January 3, 2020, the Clerk of Court entered default as to Defendant.

5. Plaintiff filed his Motion for Default Judgment on February 6, 2020. [Doc. 7].

6. On April 29, 2020, the Court denied Plaintiff's Motion for Default Judgment. [Doc. 10]. As grounds therefore, the Court noted that the address for Defendant's Registered Agent had changed in Defendant's 2020 Annual Registration. *Id*. at 3.

7. On May 5, 2020, Defendant was again served with a copy of Plaintiff's Complaint, this time at the new address for Defendant's Registered Agent.

---

[2] Business Search for Bottoms Up Restaurant Group, LLC, Georgia Corporations Division, https://ecorp.sos.ga.gov/BusinessSearch/BusinessInformation?businessId=2246186&businessType=Domestic%20Limited%20Liability%20Company&fromSearch=True (selecting "Filing History" and "Annual Registration (2019)) (last visited September 17, 2020).

[3] Due to a typo, the due date listed in the original Motion for Entry of Default was identified as November 21, 2019.

   Service was addressed to Betty Whitaker at 5023 Old National Hwy, College Park, Georgia 30349, the Defendant's current listed Registered Agent and physical address according to the Georgia Secretary of State Corporations Division website.[4] [Doc. 15]

8. Service was accepted by Tiffany Crisp, a person employed by Defendant and authorized to accept service for Defendant, at her usual place of work at 5021 Old National Highway, College Park, Georgia 30349. [Doc. 15].

9. Defendant's response to Plaintiff's Complaint was due on or before May 26, 2020. [Doc. 15]. To date, Defendant has not filed a responsive pleading to Plaintiff's Complaint and is therefore in default.

---

[4] Business Search for Bottoms Up Restaurant Group, LLC, Georgia Corporations Division, https://ecorp.sos.ga.gov/BusinessSearch/BusinessInformation?businessId=2246186&businessType=Domestic%20Limited%20Liability%20Company&fromSearch=True (last visited September 17, 2020).

WHEREFORE, Plaintiff respectfully moves this Court for a Renewed Entry of Default against Defendant Bottoms Up Restaurant Group, LLC.

Respectfully submitted this 21st day of September 2020.

**BARRETT & FARAHANY**

/s/ Benjamin A. Stark
V. Severin Roberts
Georgia Bar No. 940504
Benjamin A. Stark
Georgia Bar No. 601867
Attorneys for Plaintiff

1100 Peachtree Street N.E.
Suite 500
Atlanta, GA 30309
(404) 214-0120
(404) 214-0125 facsimile
Severin@JusticeAtWork.com
BStark@JusticeAtWork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL MIATA, | ) |
|    Plaintiff, | ) Civil Action |
| v. | ) No. 1:19-cv-04918-MHC |
| | ) |
| BOTTOMS UP RESTAURANT | ) JURY TRIAL DEMANDED |
| GROUP, LLC d/b/a WRAITH, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

_____

## CERTIFICATE OF SERVICE

I certify that on this day I filed the foregoing Renewed Motion for Default Judgment with the Clerk of Court using the CM/ECF filing system which will send notification of such filing to all attorneys of record and sent a copy via First Class Mail to the registered agent as follows:

      Bottoms Up Restaurant Group, LLC d/b/a Wraith
      Betty Whitaker, Registered Agent
      5023 Old National Hwy.
      College Park, GA  30349

This 21st day of September 2020.

                                        **BARRETT & FARAHANY**

                                        /s/ Benjamin A. Stark
                                        Benjamin A. Stark
                                        Georgia Bar No. 601867